UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

VINCENT GRAZIANO,

                                       Plaintiff,        **ORDER**

                                                                        18-CV-0310 (NGG)

    -against-

**HOME DEPOT U.S.A., INC. d/b/a THE HOME DEPOT,**

                                       Defendant.

------------------------------------------------------------------------x

The Court approves the parties' Stipulation and Order of Confidentiality (Electronic Case Filing Docket Entry #14), with the following modifications:

Paragraph 8(b): Disputes as to a Confidential or Attorneys' Eyes Only designation should ordinarily be raised as an initial matter with the undersigned magistrate judge, not with Judge Garaufis, and should be addressed in the form of letter-motions and letter-responses, in accordance with Local Civil Rule 37.3(c).

Paragraph 9: All requests to seal documents filed with the Court shall comply with the Individual Rules of the judicial officer to whom the submission is addressed.

Paragraph 16: The provisions of this paragraph do not apply to the Court.

        SO ORDERED.

Dated:    Brooklyn, New York
            April 27, 2018

                                                    /s/  *Roanne L. Mann*
                                             **ROANNE L. MANN**
                                             **CHIEF UNITED STATES MAGISTRATE JUDGE**