UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT GRAZIANO, <br><br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC. d/b/a THE HOME DEPOT, <br><br> Defendant. | Civil Action No.:18-cv-00310 (NGG)(RLM) <br><br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE <br><br> Document Filed Electronically |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Vincent Graziano and Defendant Home Depot U.S.A., Inc., through their undersigned counsel, that all claims which were or could have been asserted by Plaintiff Vincent Graziano in the above-captioned matter are hereby dismissed in their entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

IMBESI LAW P.C.
450 7th Avenue, Suite 1408
New York, New York 10123
Attorneys for Plaintiff

BY: _____
Seth Asher Nadler, Esq.

Dated: June 27, 2018

EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, New Jersey 07102
Attorneys for Defendants

BY: _____
PATRICK G. BRADY

DATED: ~~JUNE ___, 2018~~
July 11, 2018

So ordered.
s/Nicholas G. Garaufis
7/12/18